United States District Court
Southern District of Texas
**ENTERED**
December 22, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 19-147** |
| | § | |
| **CYRUS ALLEN AHSANI, and** | § | |
| **SAMAN AHSANI,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The Court has considered the unopposed motion for continuance. Based on the representations made in the motion, the Court finds that the ends of justice are served by granting a continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

PSR shall be filed by                                  July 1, 2021

Objections to the PSR or Statement
of No Objection shall be filed by             July 19, 2021

Final PSR with any addendum
shall be filed by                                          September 7, 2021

Sentencing is now set on   September 13  , 2021 at  9:30  a.m.

SIGNED at Houston, Texas, on the 22nd day of December, 2020.

_____
HONORABLE VANESSA D. GILMORE
U.S. DISTRICT COURT JUDGE