UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 19-147 |
| CYRUS ALLEN AHSANI, and SAMAN AHSANI, | § § § § | |
| Defendants. | § § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

TO THE HONORABLE VANESSA GILMORE:

The United States, by and through Jennifer Lowery, Acting United States Attorney, and Joseph S. Beemsterboer, Acting Chief of the Fraud Section of the Criminal Division of the United States Department of Justice, and Suzanne Elmilady, Assistant United States Attorney, and Gerald M. Moody, Jr. and Jonathan Robell, Assistant Chiefs, hereby submits its Unopposed Motion to Continue Sentencing.

1.  Defendants Cyrus Ahsani and Saman Ahsani pleaded guilty to conspiracy to violate the Foreign Corrupt Practices Act (FCPA) on March 25, 2019, pursuant to a plea agreement with the United States. ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2. █████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████

3. Defendants are both released on bond.

4. █████████████████████████████████████

███████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████

███████████████████████████████████

████████████████████████████████████

██████████████████████████

5. ████████████████████████████████████

████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████

      6.      ████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

███████████████████

      7.      ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████

      8.      Therefore, the United States seeks a continuance of defendants' sentencing until December 2021, at a time most convenient for the Court.

      9.      The United States has conferred with U.S. Probation and counsel for the defendants, and they have indicated they are unopposed to a continuance.

THEREFORE, the United States respectfully requests that this Unopposed Motion to Continue Sentencing be granted.

| | |
|---|---|
| JENNIFER LOWERY<br>Acting United States Attorney<br>Southern District of Texas | JOSEPH S. BEEMSTERBOER<br>Acting Chief, Fraud Section<br>Criminal Division<br>U.S. Department of Justice |
| BY: /s/_____<br>SUZANNE ELMILADY<br>Assistant United States Attorney<br>1000 Louisiana, Suite 2300<br>Houston, Texas 77002<br>713-567-9574 (ph) | BY: /s/_____<br>GERALD M. MOODY, JR.<br>JONATHAN ROBELL<br>Assistant Chiefs<br>1400 New York Ave, NW<br>Washington, DC 20005<br>202-616-4988 (ph) |

CERTIFICATE OF CONFERENCE

On July 14, 2021, the United States conferred with defense counsel, Rachel Talay, regarding this motion and she is unopposed to this motion for continuance and its filing.

        /s/Suzanne Elmilady
        /s/Suzanne Elmilady
        Suzanne Elmilady
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

On July 14, 2021, the United States filed this Unopposed Motion for Continuance under seal and provided a copy to U.S. Probation and defense counsel, Rachel Talay.

        /s/Suzanne Elmilady
        /s/Suzanne Elmilady
        Suzanne Elmilady
        Assistant U.S. Attorney