United States District Court
Southern District of Texas
**ENTERED**
July 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 19-147 |
| § | |
| CYRUS ALLEN AHSANI, and § | |
| SAMAN AHSANI, § | |
| § | |
| Defendants. § | |

## ORDER

The Court has considered the unopposed motion for continuance. Based on the representations made in the motion, the Court finds that the ends of justice are served by granting a continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

| | |
|---|---|
| PSR disclosure by | November 1, 2021 |
| Objections to the PSR or Statement of No Objection shall be filed by | November 15, 2021 |
| Final PSR with any addendum shall be filed by | December 6, 2021 |

Sentencing is now set on  December 13, 2021 , 2021 at 9:30 a.m.

SIGNED at Houston, Texas, on the 14th day of July 2021.

HONORABLE VANESSA GILMORE
U.S. DISTRICT COURT JUDGE