Case 4:19-cr-00147   Document 99   Filed on 10/15/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 19-147 |
| | § § | |
| CYRUS ALLEN AHSANI, and SAMAN AHSANI, | § § | UNDER SEAL |
| Defendants. | | |

### ORDER

The Court has considered the unopposed motion for continuance. Based on the representations made in the motion, the Court finds that the ends of justice are served by granting a continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

PSR shall be filed by  _____May 23, 2022_____

Objections to the PSR or Statement of No Objection shall be filed by  _____June 6, 2022_____

Final PSR with any addendum shall be filed by  _____June 20, 2022_____

Sentencing is now set on _____June 27_____, 2022 at 9:30 am.

SIGNED at Houston, Texas, on the 15th day of Oct., 2021.

_____
HONORABLE VANESSA GILMORE
U.S. DISTRICT COURT JUDGE