United States District Court
Southern District of Texas
**ENTERED**
May 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 19-147 |
| CYRUS ALLEN AHSANI, and SAMAN AHSANI, Defendants. | § § § | |

## ORDER

The Court has considered the unopposed motion for continuance.

The motion for continuance is therefore GRANTED. The following deadlines shall govern the disposition of this case:

PSR shall be filed by _November 4, 2022_

Objections to the PSR or Statement of No Objection shall be filed by _November 18, 2022_

Final PSR with any addendum shall be filed by _December 2, 2022_

Sentencing is now set on _December 12_, 2022 at _8:30 AM_.

SIGNED at Houston, Texas, on the _23rd_ day of _May_, 2022.

HONORABLE ANDREW S. HANEN
U.S. DISTRICT COURT JUDGE